UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN F. ALBEE, on behalf of
himself and all others similarly situated,

      Plaintiff,

v.

SONNY'S FRANCHISE COMPANY,

      Defendant.
_____/

Case No. 3:14-cv-01538-MMH-JRK

**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Stephen F. Albee, hereby gives notice that the above-captioned case is voluntarily dismissed with prejudice against Defendant, Sonny's Franchise Company. Each party shall bear its own fees and costs.

Dated: May 7, 2015

Respectfully submitted,

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

/s/ Jonathan B. Cohen
Jonathan B. Cohen (Florida Bar No. 0027620)
John A. Yanchunis (Florida Bar No. 324681)
Rachel Soffin (Florida Bar No. 018054)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jcohen@forthepeople.com
jyanchunis@forthepeople.com
rsoffin@forthepeople.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 7th day of May, 2015, I electronically filed a true and correct copy of this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

                              /s/ Jonathan B. Cohen  
                              Jonathan B. Cohen